TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00346-CV

Steven Armendariz, Appellant

v.

Joan A. Thompson, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 93-10926, HONORABLE JOHN K. DEITZ, JUDGE PRESIDING 

PER CURIAM

 Because Steven Armendariz has neither paid for nor made arrangements to pay for
the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on May 11, 2000. 
Notice was received from the district clerk's office on June 15, 2000 that the clerk's record had
not been paid for, nor had arrangements for payment been made.

 By letter dated June 16, 2000, appellant was requested to submit a status report
regarding this matter by June 26, 2000 and that failure to respond to this request would result in
this appeal being dismissed for want of prosecution. Thus far, appellant has failed to respond to
this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish